# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142169

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WILLIAM GEORGE HIERHOLZER,
       Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142169
COA: 299707
Midland CC: 10-004374-FH
10-004428-FC

_____/

On order of the Court, the application for leave to appeal the September 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011 _____

0228                                    Clerk